IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZACHARY JEROME ELLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:09-CV-703-WKW |
| ) | |
| TROY KING, *in his official capacity as* ) | |
| *Attorney General of the State of Alabama,* ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 7), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted, and that Plaintiff Zachary Jerome Ellis's Motion for Preliminary Injunction is DENIED.

It is further ORDERED that this action is REFERRED back to the Magistrate Judge for further proceedings and a recommendation as may be appropriate.

DONE this 14th day of August, 2009.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE